UNIDTED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:95-CR-00041-D-1

UNITED STATES OF AMERICA )
)
)
v. ) ORDER
)
)
RANDOLF MOORE )

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal Docket Entry 1195. The Court is of the opinion that this document should be filed under seal in the interest of justice.

IT IS ORDERED that the requested documents be sealed and be filed under seal.

SO ORDERED. This 28 day of September, 2022.

JAMES C. DEVER III
United States District Judge