IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| RANDOLF MOORE, | ) |
| | ) |
| Defendant. | ) |

The United States SHALL file a response to Randolf Moore's motion for compassionate release [D.E. 1374]. The response is due no later than August 15, 2025.

SO ORDERED. This __22__ day of July, 2025.

JAMES C. DEVER III
United States District Judge