IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:95-CR-00041-D-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RANDOLF MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the motion of the United States of America to extend the deadline to respond to Defendant's *pro se* Motion for Compassionate Release [D.E. 1374] to thirty (30) days after the Court issues its decision on the Motion to Amend [D.E. 1426]. The court GRANTS defendant's motion to amend [D.E. 1426].

ORDERED that the United States of America have an extension of thirty (30) days after the Court issues its decision on the Motion to Amend [D.E. 1426].

So ORDERED THIS 14 day of August, 2025.

J. Dever
JAMES C. DEVER III
United States District Court Judge