IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RANDOLF MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's arguments do not rise to the level of extraordinary and compelling. Moreover, the section 3553(a) factors weigh heavily against compassionate release. Thus, largely for the reasons stated in the United States' response in opposition [D.E. 1432], the court DENIES defendant's latest pro se motion for compassionate release [D.E. 1374]. Cf. [D.E. 1277, 1348, 1349].

SO ORDERED. This 17 day of September, 2025.

JAMES C. DEVER III
United States District Judge